

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00185-CV

_____

IN THE INTEREST OF J.L., A CHILD

---

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-672527-19

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

In April 2025, Appellant J.H., pro se, filed a notice of appeal from the trial court's March 2020 "Order Establishing the Parent–Child Relationship." In the absence of a timely filed notice of appeal, we do not have jurisdiction. *See* Tex. R. App. P. 25.1(b), 26.1(a); *Naaman v. Grider*, 126 S.W.3d 73, 74 (Tex. 2003). Accordingly, we notified Appellant of our concern that we did not have jurisdiction over the appeal because the notice of appeal had not been timely filed. *See* Tex. R. App. P. 26.1. We cautioned him that unless he or any other party filed with this court a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction.

Appellant filed a response asserting that his appeal "arises from judicial proceedings conducted on April 17, 2025." However, he did not provide the court with any new order or judgment signed by the trial court, and a clerk of this court confirmed with the trial court clerk that no new order or judgment has been signed. Because Appellant's notice of appeal was untimely, we have no jurisdiction over this appeal, and we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *De La Mora v. De La Mora*, No. 02-15-00012-CV, 2015 WL 1119749, at *1 (Tex. App.—Fort Worth Mar. 12, 2015, no pet.) (per curiam) (mem. op.).

Per Curiam

Delivered:  May 29, 2025